# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-1764

_____

Robert B. DePugh,                                        *
                                                        *
        Appellant,                                  *
                                                        *
    v.                                                  *  Appeal from the United States
                                                        *  District Court for the
Orvil Ives, County Engineer,                            *  Northern District of Iowa.
Monona County, Iowa; Michael                            *
Paul Jensen, County Attorney,                           *        [UNPUBLISHED]
Monona County, Iowa; Dennis K.                          *
Smith, Sheriff, Monona County,                          *
Iowa,                                                   *
                                                        *
        Appellees.                                  *

_____

Submitted:  February 19, 1997

Filed: March 20, 1997

_____

Before BOWMAN, BEAM, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Robert B. DePugh appeals from the grant of summary judgment by the District Court[1] in favor of defendants in this civil rights action based on the seizure of two vehicles belonging to DePugh.  Having reviewed the record and the parties' briefs, we conclude the

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

judgment of the District Court was correct.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

    A true copy.


        Attest:



            CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT